# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

EDWIN RICHARD TILTON,

    Plaintiff,

v.                                      CASE NO. 1:12cv107-MP-GRJ

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 23, 2012.  (Doc. 3).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Complaint For Writ Of Habeas Corpus Or In The Alternative Writ Of Mandamus (doc. 1) is DISMISSED pursuant to *Younger v. Harris*.

    **DONE and ORDERED** this 27th day of June, 2012.

                                        *s/ M. Casey Rodgers*

                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**